ACCEPTED
01-15-00292-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 3:08:02 PM
CHRISTOPHER PRINE
CLERK

**Nos. 01-15-00291-CR 01-15-00292-CR, & 01-15-00293-CR**

IN THE

## *Court of Appeals*
## *For the First Judicial District of Texas*
## *At Houston*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 3:08:02 PM
CHRISTOPHER A. PRINE
Clerk

—————

# DANIEL SHERMAN BROWN,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

—————

Cause numbers: 1414895, 1422157, & 1422158
In the 183rd Judicial District Court
Of Harris County, Texas

—————

## *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

—————

TO THE HONORABLE FIRST COURT OF APPEALS:

Daniel Sherman Brown, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief. In support of his motion, the appellant submits the following:

(A)   The appellant's brief is due on November 20, 2015.

(B)    The appellant seeks an extension of time to file the appellant's brief until, December 4, 2015.

(C)    The appellant relies upon the following facts to reasonably explain the need for an extension:

> Despite the undersigned's best effort, she was unable to complete the appellant's brief by the due date and requests a short extension to do so.

(D)    Two previous motions requesting an extension of time to file the appellant's brief have been requested and granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until December 4, 2015.

Respectfully submitted,

__/s/__Kelly Smith_____
KELLY ANN SMITH

### CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5 & 9.4, this certifies that this document contains 279 words and a copy of the foregoing was served on the State at the following address: Devon Anderson, District Attorney,  1201 Franklin, 6th Floor, Houston, Texas  77002.

__/s/__KellySmith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com